**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**DWIGHT JOSEY**,

**Plaintiff,**

**v.** **Case No. 1:26-cv-216-TKW-MJF**

**RICHARD COMERFORD, et al.,**

**Defendants**.
__________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to truthfully disclose his litigation history. *See McNair v. Johnson*, 143 F.4th 1301, 1307–08 (11th Cir. 2025). Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 6th day of November, 2026.



**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**